People of the State of Illinois, Plaintiff-Appellee, v. Reuben Taylor, Defendant-Appellant.

Gen. No. 64–49–M.

Third District.

April 6, 1965.

Rubelle & Pratt, of Peoria, for appellant; James V. Cunningham, States Attorney, of Peoria, for appellee. Opinion by JUSTICE CORYN. Not to be published in full.